IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALFRED SARARO and MEGHAN KELLAM,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PAWS UP RANCH, LLC, d/b/a RESORT AT PAWS UP,<br><br>　　　　Defendant. | CV 24–72–M–KLD<br><br><br>ORDER |

  I hereby recuse myself from this matter. Accordingly, I ask that this case be reassigned.

  DATED this 21st day of April, 2025.

                _____
                Kathleen L. DeSoto
                United States Magistrate Judge